**ORIGINAL**


**FILED**

02/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 22-0004

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 22-0004

FILED

FEB 2 2 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE PETITION OF ALAN ZACKHEIM FOR
REINSTATEMENT TO ACTIVE STATUS IN
THE BAR OF MONTANA

O R D E R

Alan Zackheim has petitioned this Court for reinstatement to active status in the State Bar of Montana. Zackheim chose to move to inactive status in July 2016, when he began clerking for the First Judicial District, and has worked as a law clerk continuously thereafter. The Petition states that Zackheim is not currently subject to disciplinary proceedings and has not committed any acts or omissions sanctionable under the Rules of Professional Conduct while on inactive status. The Petition states that Zackheim has paid annual dues to the State Bar while inactive, and that he "is willing and able to pay active dues, fees, and the state license tax to the State Bar of Montana." He asks for waiver of any requirement for purposes of reinstatement to active status to obtain continuing legal education credits for the years he served as a law clerk while he was on inactive status. Good cause appearing,

IT IS HEREBY ORDERED that the petition of Alan Zackheim for reinstatement to active status in the State Bar of Montana is GRANTED. Petitioner shall pay all dues, fees and taxes owing to the State Bar. No continuing education credits for past years are required.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 22nd day of February, 2022.

Chief Justice

_____

_____

_____

_____

_____
                    Justices